BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (16) 554-2900

Attorneys for Plaintiff
United States of America

SEALED FILED

FEB 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:14-CR-43 KJM |
| v. | ORDER TO SEAL |
| EDWIN FORREST LUDWIG IV, DANIEL ALLEN COATS, SCOTT ALBERT JOHNSON, JOSEPH ROBERT SHARPE, DONALD LOYDE HARNED, JUDY RUTH MULLIN, and EDWIN FORREST LUDWIG III, | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Sherry D. Hartel Haus to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: 2/20/14

_____
CAROLYN K. DELANEY
United States Magistrate Judge

Order to Seal Indictment