# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>      v.<br><br>**DANIEL ALLEN COATS,**<br><br>                Defendant. | CR NO: 2:14-CR-43 KJM |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum             ☐ Ad Testificandum

Name of Detainee: **DANIEL ALLEN COATS**
Detained at: Stanislaus County Sherriff's Office
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
                 charging detainee with: _____
   or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
   or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum             ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 7, 2014

                                             /s/ Allison Claire
                                         Honorable Allison Claire
                                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 226777 | DOB: | 01/10/1982 |
| Facility Address: | 250 E. Hackette Rd., Modesto, CA 95358 | Race: | |
| Facility Phone: | (209) 525-7216 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE
Executed on: _____