# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**DANIEL ALLEN COATS,**<br><br>　　　　　　　Defendant. | <br><br><br><br>CR NO: 2:14-CR-043-KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | **DANIEL ALLEN COATS** | |
| Detained at | Stanislaus County Sherriff's Office | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>　　　charging detainee with: _____ | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| | | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges | |

*Appearance is necessary FORWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORTHWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: 7/18/2014 | /s/ Carolyn K. Delaney<br>Honorable Carolyn K. Delaney<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | 226777 | DOB: | 01/10/1982 |
| Facility Address: | 250 E. Hackette Rd., Modesto, CA 95358 | Race: | |
| Facility Phone: | (209) 525-7216 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(signature)