# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **DANIEL ALLEN COATS,** <br><br> Defendant. | CR NO: 2:14-CR-043-KJM |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: **DANIEL ALLEN COATS**
Detained at: San Quentin State Prison
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORWITH in the Eastern District of California.*

Signature: /s/ Sherry D. Hartel Haus
Printed Name & Phone No: Sherry D. Hartel Haus, (916) 554-2711
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 22, 2014 /s/ Kendall J. Newman
Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | AF5227 | DOB: | 01/10/1982 |
| Facility Address: | San Quentin, CA 94964 | Race: | |
| Facility Phone: | (415) 454-1460 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____ _____
(signature)