BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ALLEN COATS,<br><br>Defendants. | CASE NO. 2:14-CR-00043-KJM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Sherry D. Hartel Haus, Assistant United States Attorney, on behalf of the government, and Christopher Haydn-Myer, Attorney-at-Law, on behalf of defendant Daniel Allen Coats, that the documents to be provided as discovery in this case are subject to as Protective order.

Defendant is charged with various conspiracy related to a tax refund scheme and false claims against the United States. The parties agree that discovery in the case necessarily contains Protected Information. The phrase "Protected Information" as used in this stipulation and order includes investor Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, e-mail addresses, and any other personal or financial identifying information. This Protective Order extends to all documents provided by the government to defense counsel in this case, including those items related to conduct not charged in the Indictment.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents containing Protected Information in unredacted form with any person other than primary

counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may allow his client to view unredacted documents in the presence of his respective attorney, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators, and support staff shall not permit any defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  Defense counsel, investigators and support staff may provide his respective client with copies of documents from which all Protected Information has been redacted.

In the event that any defendant substitutes counsel, the undersigned attorney agrees to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by the Protective Order.

This stipulation and protective order has been provided to defense counsel for their review. Following review of its contents, Assistant U.S. Attorney Sherry D Hartel  Haus has been authorized via e-mail to sign this stipulation on behalf of Attorney Christopher Haydn-Myer.

Dated:  August 27, 2014                                                 BENJAMIN B. WAGNER
                                                                        United States Attorney


                                                                  By:   /s/ SHERRY D. HARTEL HAUS
                                                                        SHERRY D. HARTEL HAUS
                                                                        Assistant United States Attorney

Dated:  August 27, 2014                                           By:   /s/ SHERRY D. HARTEL HAUS for
                                                                        CHRISTOPHER HAYDN-MYER
                                                                        Attorney for Defendant
                                                                        DANIEL ALLEN COATS

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number 14-CR-00043-KJM shall:

Be shared in unredacted format only among primary counsel, assisting counsel, designated defense investigators, and support staff;

Be viewed by a defendant in unredacted format only in the presence of his or her attorney, investigator, and/or appropriated support staff; and

Be provided to a defendant only in a copy form which all Protected Information has been redacted.  No person shall permit a Defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by the Protective Order.

**IT IS SO ORDERED.**

Dated:  August 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE