William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant DONAL HARNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUDWIG et. al.,<br><br>　　　　Defendants. | No.  2:14-CR-00043- GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: January 15, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

　　　The defendants, Scott Albert Johnson, Donald Loyde Harned, Daniel Allen Coats, Joseph Robert Sharp and Edwin Forrest Ludwig, III, by and through their undersigned counsel, and the United States, by and through its undersigned counsel, hereby agree and request the status conference currently set for Friday, January 15, 2016 at 9:00 am be vacated and continued to Friday, February 19, 2016 at 9:00 am.

　　　This continuance is necessary as the parties are at various stages in plea negotiations and require additional time to review discovery, investigate the facts of this case, and hold discussions with the government and their respective client's in furtherance of resolution.  In addition, counsel for the

government is scheduled to begin trial in federal court on January 25, 2016, is scheduled to be out of the office from February 3 to February 10, 2016, and is working to produce revised plea offers; counsel for Mr. Sharpe is in the process of obtaining documents relating to a medical diagnosis, and also looking into an appeal now pending in state court, both of which are likely to affect resolution; counsel for Messrs. Coats and Johnson have has requested modifications to their plea agreements; counsel for Harned is reviewing a proposed plea offer; and Ludwig III is awaiting a proposed plea agreement from Assistant U.S. Attorney Haus.

The parties stipulate that the Court shall find and order: (1) the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial; and (3) time beginning from the parties' stipulation on January 13, 2016, up to and including the February 19, 2016, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus and remaining defense counsel to sign and submit this stipulation and proposed order on their behalf.

| | |
|---|---|
| Dated: January 13, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:/s/ Sherry Haus<br>SHERRY HAUS<br>Assistant U.S. Attorney |
| Dated: January 13, 2016 | By:/s/ Michael Long<br>MICHAEL LONG<br>Counsel for defendant<br>Scott Albert Johnson |
| Dated: January 13, 2016 | By:/s/ William Bonham<br>WILLIAM BONHAM<br>Counsel for defendant<br>Donald Harned |
| Dated: January 13, 2016 | By:/s/ Chris Haydn-Myer<br>CHRIS HAYDN-MYER<br>Counsel for defendant<br>Daniel Allen Coats |
| Dated: January 13, 2016 | HEATHER WILLIAMS<br>Federal Defender<br><br>By:/s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Counsel for defendant<br>Joseph Robert Sharp |
| Dated: January 13, 2016 | By:/s/ Dustin D. Johnson<br>DUSTIN D. JOHNSON<br>Counsel for defendant<br>Edwin Forrest Ludwig, III |

3

**ORDER**

IT IS ORDERED that the status conference currently set for Friday, January 15, 2016 at 9:00 am is vacated and continued to Friday, February 19, 2016 at 9:00 a.m.  Based on the stipulation of the parties, I find that the failure to grant such a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, January 13, 2016, up to and including the date of the new status conference, February 19, 2016, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local Code T-4.

Dated:  January 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge