HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH ROBERT SHARPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-043 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSEPH ROBERT SHARPE, et al., | Date: April 22, 2016
Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Sherry Haus, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Joseph Sharpe, and attorneys Christopher Haydn-Myer, counsel for Daniel Allen Coats; Michael Long, counsel for Scott Albert Johnson; William Bonham, counsel for Donald Loyde Harned; and Dustin Johnson, counsel for Edwin Forrest Ludwig, III, that the status conference scheduled for April 22, 2016, at 9:00 a.m., be vacated and the matter continued to May 20, 2016, at 9:00 a.m., for further status conference.

This continuance is necessary as the parties are at various stages in plea negotiations and require additional time to review discovery, investigate the facts of this case, and hold discussions with the government and their respective clients in furtherance of resolution. Counsel for the government is working to produce and revise plea offers; counsel for Mr. Sharpe is in the process of obtaining documents relating to a medical diagnosis, and also looking into an appeal

Stipulation and Proposed Order                -1-

now pending in state court, both of which are likely to affect resolution; counsel for Messrs. Coats and Johnson have requested modifications to their plea agreements; counsel for Harned is reviewing a proposed plea offer and needs further time to investigate and to meet with his client who is on pretrial release in Oklahoma City; and Ludwig, III is awaiting a proposed plea agreement from Assistant U.S. Attorney Haus and will likely be involved in a preliminary hearing in superior court.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 20, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: April 19, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for JOSEPH ROBERT SHARPE

*/s/ Christopher Haydn-Myer*
CHRISTOPHER HAYDN-MYER
Attorney for Daniel Allen Coats

*/s/ Michael Long*
MICHAEL LONG
Attorney for Scott Albert Johnson

|     |                          |                                        |
| --- | ------------------------ | -------------------------------------- |
| 1   |                          | */s/ William Bonham*                   |
| 2   |                          | WILLIAM BONHAM                         |
|     |                          | Attorney for Donald Loyde Harned       |
| 3   |                          |                                        |
|     |                          | */s/ Dustin Johnson*                   |
| 4   |                          | DUSTIN JOHNSON                         |
|     |                          | Attorney for Edwin Forrest Ludwig III  |
| 5   |                          |                                        |
| 6   | DATED: April 19, 2016    | BENJAMIN B. WAGNER                     |
|     |                          | United States Attorney                 |

*/s/Shery Haus*
SHERRY HAUS
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 22, 2016 status conference shall be continued until May 20, 2016, at 9:00 a.m.

Dated: April 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge