```
 1  Sandra Gillies
    Attorney at Law
 2  SBN 88665
    P.O. Box 1515
 3  Woodland, CA 95776
    530 666-1908
 4  Sandra-gillies@outlook.com
 5
 6                  UNITED STATES DISTRICT COURT
 7                 EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,        No.2:14-cr-0043 GEB KJN
10       Plaintiff and Respondent,   **EX PARTE REQUEST TO SEAL**
11       v.                          **Local Rule 141**
12  EDWIN FORREST LUDWIG, IV,
13       Defendant and Movant.
14
```

15    Counsel for Edwin Forrest Ludwig asks this court to seal the
16 Declaration of Sandra Gillies, to be submitted in support of the
17 concurrently filed Motion To Withdraw As Counsel.
18    Although there is a "strong presumption in favor of access"
19 to judicial documents, *Foltz v. State Farm Mut. Auto Ins. Co.*,
20 331 F.3d 1122, 1135 (9th Cir. 2003), "the public policies that
21 support the right of access to dispositive motions, and related
22 materials, do not apply with equal force to non-dispositive
23 materials." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d
24 1172, 1178-1179 (9th Cir. 2006). Non-dispositive documents may
25 be sealed on a showing of "good cause." *Id.* at 1179. A court
26 generally seals documents that might reveal counsel's thought
27 processes in order to "protect the mental impressions and []
28

1

strategy of defense counsel." *United States v. Sellers*, 275 F.R.D. 620, 625 (D. Nev. 2011).

 Counsel's declaration in this case, explaining her reasons for seeking to withdraw, includes the strategic decisions that informed the motion to withdraw. It is not a dispositive pleading and thus may be sealed if the court finds good cause.

 Accordingly, counsel respectfully requests this court to grant her request to file her declaration in support of the motion to withdraw under seal.

Dated: September 19, 2018.

Respectfully submitted,

/s/ Sandra Gillies
SANDRA GILLIES
Counsel for Edwin Ludwig IV

**ORDER**

 Good cause appearing, IT IS HEREBY ORDERED that the court grants counsel's request to file the declaration in support of the concurrently filed motion to withdraw under seal (ECF No. 335).

Dated: September 24, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ludw0043.sea

2