UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>EDWIN FORREST LUDWIG, IV,<br><br>Movant. | No. 2:14-cr-0043 GEB KJN P<br><br><br><br>ORDER |

Movant Edwin Forrest Ludwig, IV, is a federal prisoner, proceeding through counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Sandra Gillies, appointed counsel for Mr. Ludwig, has moved to withdraw. The undersigned has reviewed the declaration of appointed counsel, filed under seal, and determined that the motion should be granted. Ms. Gillies has indicated that Linnea Johnson has agreed to accept appointment in place of Ms. Gillies. Good cause appearing, Ms. Gillies' motion is granted, and Ms. Johnson is appointed to represent Mr. Ludwig. In light of this new appointment, the August 31, 2018 order and writ of habeas corpus ad testificandum (ECF No. 331) is vacated, and a new writ will issue. The October 17, 2018 evidentiary hearing is continued to December 19, 2018, at 9:00 a.m. in Courtroom #25 before the undersigned. The joint status report identifying witnesses, any admissibility or documentary issues, and proposing a roadmap as to how the evidentiary hearing should proceed shall be filed on or before December 10, 2018.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Sandra Gillies' motion to withdraw as counsel (ECF No. 334) is granted;

2. The undersigned appoints Linnea M. Johnson, 100 El Dorado St., Ste. C, Auburn, CA 95603-4203, as counsel for Edwin Forrest Ludwig, IV;

3. The Clerk of the Court shall serve a copy of this order on the Office of the Federal Defender, attention Kurt Heiser, CJA Panel Administrator;

4. The October 17, 2018 evidentiary hearing is continued to December 19, 2018, at 9:00 a.m. in Courtroom #25 before the undersigned;

5. The August 31, 2018 order and writ of habeas corpus ad testificandum (ECF No. 331) is vacated, and the Clerk of the Court shall serve a copy of this order on the warden of FCI Phoenix, 37900 N. 45th Avenue, Phoenix, Arizona 85086; and

6. On or before December 10, 2018, counsel shall file a joint status report.

Dated: September 24, 2018

/ludw0043.wd

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE