UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 9, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DANIEL ALLEN COATS, )<br>)<br>Defendant. ) | Case No. 2:14-CR-00043-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL ALLEN COATS</u>, Case No. <u>2:14-CR-00043-GEB</u>, Charge <u>18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)    <u>All conditions of supervised release previously issued</u> <u>remain in full force and effect, including new condition of electronic</u> <u>monitoring.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 9, 2019</u> at <u>2.35</u> <u>PM</u>.

By _____
Debborah Barnes
United States Magistrate Judge