McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-43-GEB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ADMIT/DENY HEARING; [PROPOSED] ORDER |
| DANIEL ALLEN COATS, | DATE: February 1, 2019 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status conference on February 1, 2019.

2.  Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for status conference, February 1, 2019, and to continue it to March 29, 2019, at 9:00 a.m.

3.  The reason for this request is that Mr. Coats is still undergoing medical treatment for injuries sustained in an automobile accident in late October 2018. It is the United States' understanding that Mr. Coats continues to suffer the effects of a cranial fracture and brain trauma, which his attorney has indicated continue to make it difficult for him to participate meaningfully in discussions about his case. Counsel for Mr. Coats has indicated further that continuing this matter should allow her client

STIPULATION TO CONTINUE STATUS CONFERENCE;
[PROPOSED] ORDER

1

time to recover to a point at which he can assist in his own case.

4. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference until March 29, 2019.

IT IS SO STIPULATED.

Dated: January 29, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: January 29, 2019

/s/ *Jennifer Mouzis*
JENNIFER MOUZIS
Counsel for Defendant
Daniel Allen Coats

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 31, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge