McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-43-GEB |
| Plaintiff, | |
| v. | [AMENDED] STIPULATION TO CONTINUE ADMIT-DENY/STATUS HEARING; [PROPOSED] ORDER |
| DANIEL ALLEN COATS, | DATE: March 29, 2019 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      The United States filed a previous version of this stipulation and proposed order which included the incorrect date for the requested continued hearing. This amended stipulation and proposed order contains the correct date: April 26, 2019.

2.      By previous order, this matter was set for an admit-deny hearing or status conference on March 29, 2019.

3.      Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for status conference, March 29, 2019, and to continue it to April 26, 2019, at 9:00 a.m.

4.      The reason for this request is that Mr. Coats was arrested recently, pursuant to a warrant

issued on a Superseding Petition from the U.S. Probation Office, which has added new charges. As a result of this new arrest, and Mr. Coats's ongoing medical issues, defense counsel has had inadequate time with her client to prepare for the Admit-Deny/Status Hearing set for March 29, 2019, at 9:00 a.m.

5.     In addition, it is the United States' understanding that Mr. Coats is reported to have suffered from medical complications on the morning of March 28, 2019, and, at the time of writing, the parties do not know whether Mr. Coats will be medically fit to appear before the Court at the scheduled time on March 29.

6.     The parties have conferred with the Probation Officer, and she has no objection to continuing this matter until April 26, 2019.

7.     Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference until April 26, 2019.

IT IS SO STIPULATED.


Dated:  March 28, 2019                           McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ *James R. Conolly*
                                                 JAMES R. CONOLLY
                                                 Assistant United States Attorney

Dated:  March 28, 2019                           /s/ *Jennifer Mouzis*
                                                 JENNIFER MOUZIS
                                                 Counsel for Defendant
                                                 Daniel Allen Coats




IT IS SO FOUND AND ORDERED.

Dated:  March 29, 2019




_____
GARLAND E. BURRELL, JR.
Senior United States District Judge