McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ALLEN COATS,<br><br>Defendant. | CASE NO. 2:14-CR-43-GEB<br><br>STIPULATION TO CONTINUE ADMIT-DENY/STATUS HEARING; [PROPOSED] ORDER<br><br>DATE: April 26, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for an admit-deny hearing or status conference on April 26, 2019.

2. Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for the April 26, 2019 status conference, and to continue it to May 31, 2019, at 9:00 a.m.

3. The reason for this request is that Mr. Coats continues to experience difficulties with his health, which have made it difficult for his counsel to speak with him about his charges, from both the original petition and the Superseding Petition, and therefore to determine their course of action. As a result of the new arrest on the Superseding Petition, and Mr. Coats's ongoing medical issues, defense

counsel has had inadequate time with her client to prepare for the Admit-Deny/Status Hearing set for April 26, 2019, at 9:00 a.m.

4. The parties have conferred with the Probation Officer, and she has no objection to continuing this matter until May 31, 2019.

5. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference to May 31, 2019, at 9 a.m.

IT IS SO STIPULATED.

Dated: April 24, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: April 24, 2019

/s/ *Jennifer Mouzis*
JENNIFER MOUZIS
Counsel for Defendant
Daniel Allen Coats

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 25, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge