McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-43-GEB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ADMIT-DENY/STATUS HEARING; [PROPOSED] ORDER |
| DANIEL ALLEN COATS, | DATE: May 31, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for an admit-deny hearing or status conference on May 31, 2019.

2. Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for status conference, May 31, 2019, and to continue it to August 16, 2019, at 9:00 a.m.

3. Defense counsel has indicated that Mr. Coats' ongoing medical issues, resulting in part of from an automobile accident, have prevented meaningful discussion between Mr. Coats and his attorney. Health issues have delayed this hearing previously, but it is the parties' understanding that Mr. Coats' medical condition is more serious than previously believed, and Mr. Coats has had to undergo more

treatment than anticipated. As a result, defense counsel still has had inadequate time with her client to prepare for the Admit-Deny/Status Hearing.

4. The parties have conferred with the Probation Officer, and she has no objection to continuing this matter until August 16, 2019.

5. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference until August 16, 2019.

IT IS SO STIPULATED.

Dated: May 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: May 30, 2019

/s/ *Jennifer Mouzis*
JENNIFER MOUZIS
Counsel for Defendant
Daniel Allen Coats

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 31, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge