MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-43-GEB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ADMIT-DENY/STATUS HEARING; [PROPOSED] ORDER |
| DANIEL ALLEN COATS, | DATE: August 16, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for an admit-deny hearing or status conference on August 16, 2019.

2. Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for status conference, August 16, 2019, and to continue it to October 4, 2019, at 9:00 a.m.

3. Defense counsel has indicated that Mr. Coats' ongoing medical issues, resulting in part of from an automobile accident, have prevented meaningful discussion between Mr. Coats and his attorney. Mr. Coats will be evaluated by a psychiatric doctor to assist the defense on August 16, 2019. Thereafter, the defense will confer with the doctor regarding the evaluation and determine how to proceed in light of

the evaluation.  Mr. Coats' medical condition continues to be a serious impediment as Mr. Coats undergoes more treatment.

4. As a result, defense counsel still has had inadequate time with her client to prepare for the Admit-Deny/Status Hearing.

5. The parties have conferred with the Probation Officer, and she has no objection to continuing this matter until October 4, 2019.

6. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference until October 4, 2019.

IT IS SO STIPULATED.

Dated:  August 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  August 13, 2019

/s/ *Jennifer Mouzis*
JENNIFER MOUZIS
Counsel for Defendant
Daniel Allen Coats

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge