JENNIFER MOUZIS, SBN #200280
LAW OFFICE OF JENNIFER MOUZIS
4825 J STREET, SUITE 222
SACRAMENTO, CA 95819
PHONE (916) 822-8702
FAX (916)822-8712
jm@jennifermouzislaw.com


ATTORNEYS FOR Defendant, Daniel Coats

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:14-CR-00043-GEB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ADMIT/DENY HEARING AND [PROPOSED] ORDER |
| LUDWIG ET. AL. (DANIEL COATS), | |
| Defendants. | |

    1.     By previous order, this matter was set for an admit-deny hearing or status conference on October 4, 2019.

    2.     Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Daniel Allen Coats, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for status conference, October 4, 2019, and to continue it to January 10, 2019, at 9:00 a.m.

    3.     Defense counsel has received additional information regarding Mr. Coats' medical condition and needs additional time to evaluate the case and issues relating to the disposition in light of the new medical information.

    4.     The parties have conferred with the Probation Officer, and she has no objection to continuing this matter until January 10, 2019.

5. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the status conference until January 10, 2019.

IT IS SO STIPULATED.

Dated: September 25, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ James R. Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated: September 25, 2019

/s/ Jennifer Mouzis
JENNIFER MOUZIS
Counsel for Defendant
Daniel Allen Coats

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated: September 27, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge